[No. 24825-1-I.   Division One.   January 28, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. DONNY RAE
KEYS, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 89-1-00346-0, Byron L. Swedberg, J., entered August 16, 1989. *Dismissed* by unpublished per curiam opinion.

[No. 26450-8-I.   Division One.   January 28, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
JOSEPH REYNOLDS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 90-1-01394-3, Jerome M. Johnson, J., entered April 30, 1990. *Vacated in part* by unpublished per curiam opinion.

[No. 24639-9-I.   Division One.   January 28, 1991.]

LAW OFFICES OF JEAN SCHIEDLER-BROWN & ASSOCS., P.S.,
*Respondent,* v. ROMULO SARAUSAD,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 88-2-23645-3, Edward Heavey, J., entered May 8, 1989. *Reversed* by unpublished opinion per Webster, A.C.J., concurred in by Scholfield and Coleman, JJ.

[No. 24770-1-I.   Division One.   January 28, 1991.]

THE STATE OF WASHINGTON, *Appellant,* v. EARL
BROOKS, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 89-1-02267-9, Jim Bates, J., entered August 24, 1989. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Grosse, C.J., and Ringold, J. Pro Tem.